KATHERINE O'MARA, Respondent, v. JOHN J. CURTIN, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the authority of *Marion* v. *Coon Construction Co.* (216 N. Y. 178) and *Gursslin* v. *Helenboldt* (259 App. Div. 1064). All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

In the Matter of the Accounting of ANTOINETTE PELTON, as Executrix of EDWIN C. PELTON, as Executor of MAUDE M. PELTON, Deceased, Appellant. FIRST BANK & TRUST COMPANY OF UTICA, as Administrator of the Estate of MAUDE M. PELTON, et al., Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (The order denies a motion to vacate and modify a previous order and decree of the court, entered pursuant to a decision of the Appellate Division [264 App. Div. 176].) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

BAGLEY & SEWALL COMPANY, Respondent, v. SHELL OIL COMPANY et al., Appellants.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the movant's affidavit fails to show conclusively that the affirmative defenses moved against are sham. (See *Cocoa Trading Corp.* v. *Bayway Terminal Corp.*, 290 N. Y. 865.) All concur. (The order strikes out allegations in certain defenses contained in the defendants' answers. Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

JAMES ADAMS, Respondent, v. HOWARD A. VAN WAGNEN, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (The order denies defendant's motion for a change of venue, and grants plaintiff permission to file additional affidavits, in an automobile negligence action.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

MARGARET J. TIPPIN, Respondent, v. VERNON F. KING, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur. (The order strikes out defendant's separate defenses and counterclaims.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See 269 App. Div. 729.]